UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-16-0147** |
| | § | |
| **ROBERT STANLEY CORBITT** | § | |

## GOVERNMENT'S RESPONSE TO MOTION
## TO AMEND CONDITIONS OF BOND

The United States, by and through its attorney, the United States Attorney for the Southern District of Texas, hereby responds to Defendant's Motion to Amend Conditions of Bond.

Defendant Corbitt filed a motion to amend his bond conditions. Under his current bond conditions, Defendant may only travel within Texas and the Western District of Louisiana. Defendant seeks permission to travel throughout the United States for his business.

The Government is not opposed to Defendant Corbitt's travel restrictions being amended to be the same as Defendant Potts' travel restrictions. Defendant Corbitt, however, incorrectly states in his motion that Potts has "unrestricted travel." *See* Defendant's Motion (DE 32) at 1. Under the conditions of Potts' bond, Potts is permitted to travel throughout the continental U.S and Puerto Rico

for business. He must provide Pretrial Services prior notice of his business travel but need not obtain permission for the travel. For leisure travel, Potts must obtain court approval. The Government is unopposed to these same conditions applying to Defendant Corbitt.

        Respectfully submitted,

        KENNETH MAGIDSON
        United States Attorney
        Southern District of Texas

        *Robert S. Johnson*
By:  ROBERT S. JOHNSON
        Assistant United States Attorney

## **Certificate of Service**

The undersigned hereby certifies that the foregoing Response was served on all counsel of record on June 2, 2016, by electronic filing.

*Robert S. Johnson*
Robert S. Johnson
Assistant United States Attorney
